AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MARIO QUNTA MORELAND,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-cv-00054-BES-RAM**

MICHAEL BUDGE, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that respondents' Motion to Dismiss (#7) is **GRANTED.** This action is **DISMISSED**.


   February 1, 2008             **LANCE S. WILSON**
                                            Clerk

                                                  /s/ Daniel R. Morgan
                                                      Deputy Clerk